**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

WESTERN DISTRICT OF NORTH CAROLINA

Case number *(if known)* _____    Chapter  **11**

☐ Check if this an amended filing

Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy 06/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

**1. Debtor's name** — **Blueworks Corporation**

**2. All other names debtor used in the last 8 years**
Include any assumed names, trade names and *doing business as* names

**3. Debtor's federal Employer Identification Number** (EIN) — **32-0503957**

**4. Debtor's address**

Principal place of business

**8408 Channel Way**
**Waxhaw, NC 28173**
Number, Street, City, State & ZIP Code

**Union**
County

Mailing address, if different from principal place of business

P.O. Box, Number, Street, City, State & ZIP Code

Location of principal assets, if different from principal place of business

Number, Street, City, State & ZIP Code

**5. Debtor's website** (URL) — **https://www.blueworkspool.com/**

**6. Type of debtor**

☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
☐ Partnership (excluding LLP)
☐ Other. Specify: _____

Debtor  **Blueworks Corporation**  Case number (*if known*)
    Name

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Railroad (as defined in 11 U.S.C. § 101(44))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)
☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.
   **4431**

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

☐ Chapter 7
☐ Chapter 9
■ Chapter 11. *Check **all** that apply*:

   ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

   ☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

   ☐ A plan is being filed with this petition.

   ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

   ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

   ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

■ No.
☐ Yes.

| District | When | Case number |
|---|---|---|
| District | When | Case number |

Debtor **Blueworks Corporation** _____ Case number (*if known*) _____
    Name

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

■ No
☐ Yes.

List all cases. If more than 1, attach a separate list

| Debtor | _____ | Relationship | _____ |
| District | _____ | When | _____ | Case number, if known | _____ |

**11. Why is the case filed in *this district*?**

*Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No
☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
    What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
    Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No
☐ Yes. Insurance agency _____
      Contact name _____
      Phone _____

---

**Statistical and administrative information**

**13. Debtor's estimation of available funds**

*Check one:*

■ Funds will be available for distribution to unsecured creditors.
☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

■ 1-49
☐ 50-99
☐ 100-199
☐ 200-999

☐ 1,000-5,000
☐ 5001-10,000
☐ 10,001-25,000

☐ 25,001-50,000
☐ 50,001-100,000
☐ More than 100,000

**15. Estimated Assets**

☐ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
■ $500,001 - $1 million

☐ $1,000,001 - $10 million
☐ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

**16. Estimated liabilities**

☐ $0 - $50,000

☐ $1,000,001 - $10 million

☐ $500,000,001 - $1 billion

Official Form 201          **Voluntary Petition for Non-Individuals Filing for Bankruptcy**          page 3

Debtor **Blueworks Corporation** _____  Case number (*if known*)_____
 _Name_

- ☐ $50,001 - $100,000
- ☐ $100,001 - $500,000
- ☐ $500,001 - $1 million

- ■ $10,000,001 - $50 million
- ☐ $50,000,001 - $100 million
- ☐ $100,000,001 - $500 million

- ☐ $1,000,000,001 - $10 billion
- ☐ $10,000,000,001 - $50 billion
- ☐ More than $50 billion

| Debtor | **Blueworks Corporation** | Case number (*if known*) |
|---|---|---|
| | Name | |

## Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **June 11, 2024**
MM / DD / YYYY

**X** **/s/ Michael Bowers**                              **Michael Bowers**
Signature of authorized representative of debtor          Printed name

Title   **CRO**

**18. Signature of attorney**

**X** **/s/ Matthew L. Tomsic**                           Date **June 11, 2024**
Signature of attorney for debtor                           MM / DD / YYYY

**Matthew L. Tomsic**
Printed name

**Rayburn Cooper & Durham, P.A.**
Firm name

**227 West Trade Street, Suite 1200**
**Charlotte, NC 28202**
Number, Street, City, State & ZIP Code

Contact phone  **704-334-0891**      Email address  **mtomsic@rcdlaw.net**

**52431 NC**
Bar number and State

**Fill in this information to identify the case:**

Debtor name  **Blueworks Corporation**

United States Bankruptcy Court for the:  WESTERN DISTRICT OF NORTH CAROLINA

Case number (if known) _____

☐ Check if this is an amended filing

Official Form 202
# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime.**  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.

**Declaration and signature**

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
☐ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
☐ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
☐ *Schedule H: Codebtors* (Official Form 206H)
☐ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
☐ Amended *Schedule*
☒ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  **June 11, 2024**      X **/s/ Michael Bowers**
                                    Signature of individual signing on behalf of debtor

                                    **Michael Bowers**
                                    Printed name

                                    **CRO**
                                    Position or relationship to debtor

Official Form 202        **Declaration Under Penalty of Perjury for Non-Individual Debtors**

Fill in this information to identify the case:

Debtor name: **Blueworks Corporation**
United States Bankruptcy Court for the: **WESTERN DISTRICT OF NORTH CAROLINA**
Case number (if known): _____

☐ Check if this is an amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim | | |
|---|---|---|---|---|---|---|
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| **Blueworks Innovation Corporation** c/o Christina D. Trimmer Shumaker Loop & Kendrick, LLP 101 South Tryon Street, Suite 2200 Charlotte, NC 28280 | **Christina D. Trimmer, Alex Long** ctrimmer@shumaker.com, along@shumaker.com 704-945-2151, 704-945-2911 | **Appealed Judgment** | **Contingent Unliquidated Disputed** | | | $16,021,736.30 |
| **Digital Evidence Group LLC** c/o National Registered Agents, Inc. 1015 15th St. NW, Suite 1000 Washington, DC 20005 | | **Professional Services** | | | | $54,872.21 |
| **Dongfang Yu** 2210 Legacy Oak Drive Waxhaw, NC 28173 | | **Salary** | | | | $2,501.50 |
| **Hayward Industries, Inc.** c/o Chad Ewing Womble Bond Dickinson, LLP 301 South College Street, Suite 3500 Charlotte, NC 28202 | **Chad Ewing** chad.ewing@wbd-us.com 704-331-4996 | **Appealed Judgment** | **Contingent Disputed** | | | $16,021,736.30 |
| **Jinghong Shi** P.O. Box 1312 Grand Junction, CO 81502 | | **Loan** | | | | $90,000.00 |

Debtor **Blueworks Corporation**　　　　　　　　　　　　　　　　　　　Case number *(if known)*
　　　　　Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Kathleen Grace**<br>470 Lytle Cove Rd.<br>Swannanoa, NC 28778 | | **Professional Services** | | | | $8,848.72 |
| **KJ Accounting Services**<br>53 Carnegie Avenue<br>Staten Island, NY 10314 | | **Professional Services** | | | | $10,000.00 |
| **NC Department of Revenue**<br>PO Box 25000<br>Raleigh, NC 27640-0520 | | **Taxes** | | | | $455.00 |
| **Ningbo C.F. Electronic Tech. Co., Ltd.**<br>c/o Christina D. Trimmer & Alex Long<br>Shumaker Loop & Kendrick, LLP<br>101 South Tryon Street, Suite 2200<br>Charlotte, NC 28280 | **Christina D. Trimmer, Alex Long**<br><br>ctrimmer@shumaker.com,<br>alongshumaker.com<br>704-945-2151,<br>704-945-2911 | **Appealed Judgment/Trade Debts** | **Contingent Unliquidated Disputed** | | | $19,502,804.79 |
| **Ningbo Haishu Shuyujie Elec. Components**<br>Unit 15, ZhouGongZhai Village<br>DongQiao Town,<br>Haishu District,<br>Ningbo, China 315174 | | **Trade Debts** | | | | $100,000.00 |
| **Ningbo Yishang Import and Export Co. Ltd**<br>c/o Christina D. Trimmer & Alex Long<br>Shumaker Loop & Kendrick, LLP<br>101 South Tryon Street, Suite 2200<br>Charlotte, NC 28280 | **Christina D. Trimmer, Alex Long**<br><br>ctrimmer@shumaker.com,<br>along@shumaker.com<br>704-945-2151,<br>704-945-2911 | **Appealed Judgment** | **Contingent Unliquidated Disputed** | | | $16,021,736.30 |
| **Platinum Intellectual Property, PC**<br>3031 Tisch Way, Ste. 110 PW<br>San Jose, CA 95128 | **Michelle Dunn**<br><br>michelle.dunn@platinum-ip.com<br>408-800-5884 | **Legal Fees** | | | | $136,556.05 |

Debtor **Blueworks Corporation**
Name

Case number *(if known)*

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| **Shumaker, Loop & Kendrick, LLP<br>101 S. Tryon St., Suite 2200<br>Charlotte, NC 28280** | **Christina D. Trimmer, Alex Long**<br><br>**ctrimmer@shumaker.com, along@shumaker.com<br>704-945-2151, 704-945-2911** | **Legal Fees** | | | | **$250,175.17** |

## United States Bankruptcy Court
### Western District of North Carolina

In re __Blueworks Corporation__  
Debtor(s)

Case No. _____  
Chapter __11__

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Haoqi Sun** | **Common** | **70%** | **Shareholder** |
| **Zefeng Chen** | **Common** | **30%** | **Shareholder** |

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the **CRO** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date __June 11, 2024__

Signature __/s/ Michael Bowers__  
**Michael Bowers**

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.

Sheet 1 of 1 in List of Equity Security Holders

# United States Bankruptcy Court
## Western District of North Carolina

In re  **Blueworks Corporation**                                                     Case No.
                                   Debtor(s)                                         Chapter  **11**

# VERIFICATION OF CREDITOR MATRIX

I, the CRO of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:  **June 11, 2024**              **/s/ Michael Bowers**
                                      **Michael Bowers**/**CRO**
                                      Signer/Title

```
Amazon.com, Inc.
Amazon Legal Department
Attn:  General Counsel
2021 7th Avenue
Seattle, WA 98121


Amazon.com, Inc.
410 Terry Avenue North
Seattle, WA 98109


American Express National Bank
c/o CT Corporation System, Reg. Agent
160 Mine Lake Ct., Suite 200
Raleigh, NC 27615-6417


Blueworks Innovation Corporation
c/o Christina D. Trimmer
Shumaker Loop & Kendrick, LLP
101 South Tryon Street, Suite 2200
Charlotte, NC 28280


Digital Evidence Group LLC
c/o National Registered Agents, Inc.
1015 15th St. NW, Suite 1000
Washington, DC 20005


Dongfang Yu
2210 Legacy Oak Drive
Waxhaw, NC 28173


Haoqi Sun
No. 24, Sun Jia Shan
New Maoshan Village, Jing Shan Town
Ningbo, China  315193


Hayward Industries, Inc.
c/o Chad Ewing
Womble Bond Dickinson, LLP
301 South College Street, Suite 3500
Charlotte, NC 28202


Internal Revenue Service
Centralized Insolvency Operation
2970 Market Street
Mail Stop 5-Q30-133
Philadelphia, PA 19104-5016
```

```
Internal Revenue Service
Centralized Insolvency Operation
PO Box 7346
Philadelphia, PA 19101


Jinghong Shi
P.O. Box 1312
Grand Junction, CO 81502


Kathleen Grace
470 Lytle Cove Rd.
Swannanoa, NC 28778


KJ Accounting Services
53 Carnegie Avenue
Staten Island, NY 10314


Mocraft Corporation
99 Hook Road, Suite 5
Bayonne, NJ 07002


NC Department of Revenue
PO Box 25000
Raleigh, NC 27640-0520


Ningbo C.F. Electronic Tech. Co., Ltd.
c/o Christina D. Trimmer & Alex Long
Shumaker Loop & Kendrick, LLP
101 South Tryon Street, Suite 2200
Charlotte, NC 28280


Ningbo Haishu Shuyujie Elec. Components
Unit 15, ZhouGongZhai Village
DongQiao Town, Haishu District,
Ningbo, China  315174


Ningbo Yishang Import and Export Co. Ltd
c/o Christina D. Trimmer & Alex Long
Shumaker Loop & Kendrick, LLP
101 South Tryon Street, Suite 2200
Charlotte, NC 28280


Platinum Intellectual Property, PC
3031 Tisch Way, Ste. 110 PW
San Jose, CA 95128
```

Shumaker, Loop & Kendrick, LLP
101 S. Tryon St., Suite 2200
Charlotte, NC 28280


US Attorney for Western District of NC
Attn: Bankruptcy Division
227 West Trade Street, Suite 1650
Charlotte, NC 28202


Zefeng Chen
c/o J. Walton Milam III
Rosenwood, Rose & Litwak, PLLC
1712 Euclid Avenue
Charlotte, NC 28203


Zhoujing "Gina" Lu
c/o Richard S. Wright
Moon Wright & Houston, PLLC
212 N. McDowell Street, Suite 200
Charlotte, NC 28204

# United States Bankruptcy Court
## Western District of North Carolina

In re: __Blueworks Corporation__
Debtor(s)

Case No. _____
Chapter __11__

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for __Blueworks Corporation__ in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

__June 11, 2024__
Date

/s/ Matthew L. Tomsic
**Matthew L. Tomsic**
Signature of Attorney or Litigant
Counsel for __Blueworks Corporation__
Rayburn Cooper & Durham, P.A.
227 West Trade Street, Suite 1200
Charlotte, NC 28202
704-334-0891
mtomsic@rcdlaw.net