**UNITED STATES BANKRUPTCY COURT**
**Western District of North Carolina**
**Charlotte Division**

Adversary No.: 26−03034

IN THE MATTER OF:
Blueworks Corporation
Debtor(s)

Case No.: 24−30494
Chapter: 11

Michael T. Bowers
Plaintiff(s)

vs.

FIG Global Limited
Defendant(s)

# SUMMONS IN AN ADVERSARY PROCEEDING

**YOU ARE SUMMONED** and required to file a motion or answer to the complaint which is attached to this summons to the clerk of the bankruptcy court within 30 days after the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days.

Dated: June 3, 2026

Christine F Ramsey, Clerk
U.S. BANKRUPTCY COURT
401 West Trade Street
Charlotte, NC 28202

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney:

Michael Leon Martinez
Grier Wright Martinez, PA
521 E. Morehead Street, Suite 440
Charlotte, NC 28202

If you make a motion, your time to answer is governed by Fed. R. Bankr. P. 7012.

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGMENT BY THE BANKRUPTCY COURT AND JUDGMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**

Date of Issuance: June 3, 2026

s/ Christine F Ramsey
Clerk of Court

**CERTIFICATION OF SERVICE**

I, ____________________________________, certify that I am, and at all times during the service of process was, not
(name)
less than 18 years of age and not a party to the matter concerning which service of process was made. I further certify that the service of this summons and a copy of the complaint was made ___________ by:
(date)

☐ Mail service: Regular, first class United States mail, postage fully pre−paid to:

☐ Personal service: By leaving the process with defendant or with an officer or agent of defendant at:

☐ Residence service: By leaving the process with the following adult at:

☐ Publication: The defendant was served as follows: (Describe briefly)

☐ State Law: The defendant was served pursuant to the laws of the State of _______________________________, as follows: (Describe briefly)

Under penalty of perjury, I declare that the foregoing is true and correct.

________________
Date

________________________________________
Signature

________________________________________
Print Name

________________________________________
Business Address

________________________________________
City, State