**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF NORTH CAROLINA**
**CHARLOTTE DIVISION**

| | |
|---|---|
| **IN RE:**<br><br>**BLUEWORKS CORPORATION**<br><br>**Debtor.** | **Chapter 11**<br><br>**Case No. 24-30494** |
| **MICHAEL BOWERS, AS POST—CONFIRMATION TRUSTEE OF BLUEWORKS CORPORATION**<br><br>**Plaintiff,**<br><br>**v.**<br><br>**FIG GLOBAL LIMITED,**<br><br>**Defendant.** | **Adversary Proceeding No. 26-03034** |

**DECLARATION OF SERVICE**

I, Tam Sai Pan do hereby declare that:

1. I am employed as a senior litigation clerk by Georgiou Partnership LLP in the Hong Kong SAR.

2. As part of my duties, I routinely serve process and other documents in Hong Kong SAR pursuant to the laws and rules established by the High Court of Hong Kong.

3. On June 4, 2026, I conducted company searches on the Hong Kong Companies Registry's website in respect of the Defendant Fig Global Limited. The search results confirm that the registered office of Defendant Fig Global Limited is located at Room 1607, Trend Centre, 29-31 Cheung Lee Street, Chai Wan, Hong Kong. I have attached the search results that I reviewed as Exhibit A to this Declaration.

4. On June 4, 2026, I printed out a copy of the Summons and Complaint filed in the above-referenced case and personally took both documents in a sealed envelope to the registered

office of Defendant FIG Global Limited at Room 1607, Trend Centre, 29-31 Cheung Lee Street, Chai Wan, Hong Kong.

5. When I arrived at Room 1607, I saw a note affixed to the door. The note was written in Chinese, but when translated into English, it said "For work outside the office, you can deliver the signed letters to Room 2105 or the management office, or call Mr. Lee at 98539619."

6. I took a picture of the note on the door of Room 1607. A true and accurate copy of that picture is attached to this Declaration as Exhibit B.

7. I rang the doorbell to Suite 1607 but there was no answer. I then left the premises in order to seek further instructions from my instructing solicitor. After speaking with her, I returned to FIG's registered office, whereupon Mr Lee was present in Suite 1607.

8. Pursuant to Section 827 of Cap. 622 of the Companies Ordinance Hong Kong, on June 4, 2026 at approximately 11:34 a.m. Hong Kong time, I personally served the summons and complaint by leaving the sealed envelope containing the Summons and Complaint at Room 1607 with Mr. Lee who confirmed to me that Room 1607 was the registered office of Defendant FIG Global Limited and told me that he would forward the envelope to the correct person at the Defendant. Mr. Lee also signed our firm's cover letter acknowledging receipt. A true and accurate copy of the signed cover letter is attached hereto as Exhibit C.

FURTHER DECLARENT SAITH NOT

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on June 5, 2026

Simon Tam

______________________________

Tam Sai Pan

# Exhibit A

**Companies Registry**
The Government of the Hong Kong Special Administrative Region

# Image Record (including Document Index)

## Document Index Search

**System Clock:** 04-JUN-2026 09:42:12 GMT +0800

| | |
|---|---|
| **BRN** | 69869487 |
| **Company Name** | FIG GLOBAL LIMITED<br>無花果國際有限公司 |

**Document Group**

Show All

**Filing Year**

Show All

GO

### Displaying: Record 1 to 18 of 18 Records.

| Order Type | | | No. | Document Name (E)-English; (C)-Chinese | AR / AC Year | Submission / Filing Date | Document Ref. No. | Pages | File Size | Document Status |
|---|---|---|---|---|---|---|---|---|---|---|
| Download | Certified Copy | Online View | | | | | | | | |
| | | | 1 | (E)FNAR1 - Annual Return | 2025 | 15-Sep-2025 | 23402427680 | 10 | 417.1K | Available |
| | | | 2 | (E)FNAR1 - Annual Return | 2024 | 13-Sep-2024 | 22202831372 | 10 | 406.9K | Available |
| | | | 3 | Information Sheet regarding Using Business Registration Number as Unique Business Identifier | - | 27-Dec-2023 | SH001341922 | 1 | 78.1K | Available |
| | | | 4 | (E)FNAR1 - Annual Return | 2023 | 13-Sep-2023 | 22802588289 | 8 | 240.1K | Available |
| | | | 5 | (E)FNAR1 - Annual Return | 2022 | 13-Sep-2022 | 23601752104 | 8 | 244.2K | Available |

| Order Type | | | No. | Document Name (E)-English; (C)-Chinese | AR / AC Year | Submission / Filing Date | Document Ref. No. | Pages | File Size | Document Status |
|---|---|---|---|---|---|---|---|---|---|---|
| Download | Certified Copy | Online View | | | | | | | | |
| | | | 6 | (E)FND2B - Notice of Change in Particulars of Company Secretary and Director | - | 26-Jan-2022 | 24001256730 | 3 | 106.4K | Available |
| | | | 7 | (E)FNAR1 - Annual Return | 2021 | 30-Sep-2021 | 23301877274 | 8 | 239.3K | Available |
| | | | 8 | (E)FNR2 - Notice of Location of Registers and Company Records | - | 06-Sep-2021 | 22402010806 | 2 | 114.3K | Available |
| | | | 9 | (E)FNAR1 - Annual Return | 2020 | 14-Sep-2020 | 23001956558 | 8 | 242.7K | Available |
| | | | 10 | (E)FNAR1 - Annual Return | 2019 | 27-Sep-2019 | 22501879629 | 8 | 233.7K | Available |
| | | | 11 | (E)FNR2 - Notice of Location of Registers and Company Records | - | 27-Sep-2019 | 22000971405 | 2 | 113.4K | Available |
| | | | 12 | (E)FND2B - Notice of Change in Particulars of Company Secretary and Director | - | 23-Sep-2019 | 22000968365 | 3 | 101.1K | Available |
| | | | 13 | Certificate of Change of Name | - | 16-Jan-2019 | 40014539042 | 1 | 33.3K | Available |
| | | | 14 | (E)FNNC2 - Notice of Change of Company Name | - | 16-Jan-2019 | 22501785051 | 1 | 50.7K | Available |
| | | | 15 | (E)FNR2 - Notice of Location of Registers and Company Records | - | 14-Sep-2018 | 22801806213 | 2 | 107.0K | Available |
| | | | 16 | Certificate of Incorporation | - | 13-Sep-2018 | 40013897746 | 1 | 31.4K | Available |
| | | | 17 | (E)Articles of Association | - | 13-Sep-2018 | 22101204764 | 17 | 732.8K | Available |
| | | | 18 | (E)FNNC1 - Incorporation Form (Company Limited by Shares) | - | 13-Sep-2018 | 22101204763 | 7 | 231.4K | Available |

| Order Type | | | No. | Document Name (E)-English; (C)-Chinese | AR / AC Year | Submission / Filing Date | Document Ref. No. | Pages | File Size | Document Status |
|---|---|---|---|---|---|---|---|---|---|---|
| Download | Certified Copy | Online View | | | | | | | | |

END OF RECORD

1

**Please select the Order Type:**

Order certified screen print

HK$140.00 plus additional handling charges for different delivery mode(*)

Order all documents filed in a specific year

(*) Additional handling charges for different delivery mode will be shown when check out shopping cart.

存案 Filed

CR
公司註冊處
Companies Registry

# 周年申報表
# Annual Return

表格 Form **NAR1**

商業登記號碼
Business Registration Number

69869487

註 Note

**1 公司名稱 Company Name**

FIG GLOBAL LIMITED
無花果國際有限公司

❽ **2 商業名稱(如有的話) Business Name (If any)**

(Nil)

**3 公司類別 Type of Company**

*請在適用的空格內加上 ✓ 號 Please tick the relevant box*

- [x] 私人公司 Private company
- [ ] 公眾公司 Public company
- [ ] 擔保有限公司 Company limited by guarantee

❾ 經營業務性質 **Business Nature**

| 編碼 Code | 描述 Description |
|---|---|
| | |

❿ **4 本申報表的結算日期 Date to which this Return is Made Up**

| 日 DD | 月 MM | 年 YYYY |
|---|---|---|
| 13 | 09 | 2025 |

⓫ **5 隨本表格交付的財務報表所涵蓋的會計期 Period Covered by Financial Statements Delivered with this Form**

*(私人公司無需填報此項 A private company needs not complete this section)*

| 日 DD | 月 MM | 年 YYYY | 至 To | 日 DD | 月 MM | 年 YYYY |
|---|---|---|---|---|---|---|
| | N/A | | | | | |

⓬ **6 在香港的註冊辦事處地址 Address of Registered Office in Hong Kong**

| | |
|---|---|
| 室／樓／座等 Flat／Floor／Block etc. | Room 1607, |
| 大廈 Building | Trend Centre, |
| 街道／屋苑／地段／村等 Street／Estate／Lot／Village etc. | 29-31 Cheung Lee Street, |
| 區 District | Chai Wan, |
| 地區 Region | 香港／HONG KONG |

❸ **提交人資料 Presentor's Reference**

姓名／名稱 Name: WORLD TRADE ENTERPRISES CONSULTANCY LIMITED

地址 Address: Unit 1510, Seapower Tower, Concordia Plaza, 1 Science Museum Road, Tsim Sha Tsui, Hong Kong

電話 Tel: 21153188 傳真 Fax:

電郵 Email: crapply2018@gmail.com

檔號 Reference: NB33270016

**請勿填寫本欄 For Official Use**

23402427680
NAR1L
15/09/2025
BRN: 69869487

0100

指明編號 1/2023 (2023 年 12 月) Specification No. 1/2023 (December 2023)

表格
Form **NAR1**

商業登記號碼
**Business Registration Number**

69869487

⑬ 7 電郵地址 **Email Address**

(Nil)

⑬ 8 香港聯絡電話號碼 **Hong Kong Contact Telephone Number**

+852 (Nil)

9 按揭及押記 **Mortgages and Charges**

截至本申報表的結算日期，所有根據《公司條例》(第 622 章)須向公司註冊處處長登記的，或若於 1912年 1月 1日後設定便須如此登記的按揭及押記的負債總額

Total amount of the indebtedness as at the date to which this return is made up in respect of all mortgages and charges which are required to be registered with the Registrar of Companies pursuant to the Companies Ordinance (Cap. 622) or would have been required to be so registered if created after 1 January 1912

(Nil)

10 無股本公司的成員人數 **Number of Member(s) of a Company Not Having a Share Capital**

*(有股本的公司無需填報此項 Company having a share capital need not complete this section)*

截至本申報表的結算日期的成員人數
**Number of Member(s) as at the Date to which this Return is Made Up**

N/A

⑭ 11 股本 **Share Capital**

*(無股本的公司無需填報此項 Company not having a share capital need not complete this section)*

| 截至本申報表的結算日期 As at the Date to which this Return is Made Up | | | | |
|---|---|---|---|---|
| 股份的類別 (如普通股／優先股等) Class of Shares (e.g. Ordinary／Preference etc.) | 貨幣單位 Currency | 已發行股份 Issued Shares | | |
| | | 總數 Total Number | 總款額 Total Amount | 已繳或視作已繳的總款額 Total Amount Paid up or Regarded as Paid up |
| Ordinary | HKD | 10,000 | 10,000.00 | 10,000.00 |
| | | | | |
| | | | | |
| | | | | |
| 總數 Total | HKD | 10,000 | 10,000.00 | 10,000.00 |

表格 Form **NAR1**

商業登記號碼 **Business Registration Number**: 69869487

## 12 公司秘書 Company Secretary

### A. 公司秘書 (自然人) Company Secretary (Natural Person)

*(如超過一名公司秘書屬自然人，請用續頁 A 填報 Use Continuation Sheet A if more than 1 company secretary is a natural person)*

15 中文姓名 **Name in Chinese**: (Blank Section)

英文姓名 **Name in English**
- 姓氏 Surname:
- 名字 Other Names:

前用姓名 **Previous Names**
- 中文 Chinese:
- 英文 English:

別名 **Alias**
- 中文 Chinese:
- 英文 English:

16 香港通訊地址 **Hong Kong Correspondence Address**
- 室／樓／座等 Flat／Floor／Block etc.:
- 大廈 Building:
- 街道／屋苑／地段／村等 Street／Estate／Lot／Village etc.:
- 區 District:
- 地區 Region: 香港／HONG KONG

17 電郵地址 **Email Address**:

18 身分識別 **Identification**

(a) 香港身分證<u>部分號碼</u> <u>**Partial Number**</u> of Hong Kong Identity Card: ✻✻✻ ( ✻ )

(b) 護照 Passport
- 簽發國家／地區 Issuing Country／Region:
- <u>部分號碼</u> <u>**Partial Number**</u>:

20 信託或公司服務提供者牌照 **Trust or Company Service Provider Licence**

*請填報牌照編號或在適用的空格內加上 ✓ 號 Please provide the licence no. or tick the relevant box*

牌照編號 Licence No.: ☐ 無須領有牌照 Not required to obtain a licence

*原因 Reason:*

表格 Form **NAR1**

商業登記號碼 Business Registration Number: 69869487

**12 公司秘書 Company Secretary** (續上頁 cont'd)

㉑ **B. 公司秘書 (法人團體) Company Secretary (Body Corporate)**

*(如超過一名公司秘書屬法人團體，請用續頁 B 填報 Use Continuation Sheet B if more than 1 company secretary is a body corporate)*

| | |
|---|---|
| 中文名稱 Name in Chinese | 世貿企業諮詢有限公司 |
| 英文名稱 Name in English | WORLD TRADE ENTERPRISES CONSULTANCY LIMITED |

㉒ 香港地址 Hong Kong Address

| | |
|---|---|
| 室／樓／座等 Flat／Floor／Block etc. | Unit 1510, |
| 大廈 Building | Seapower Tower, Concordia Plaza, |
| 街道／屋苑／地段／村等 Street／Estate／Lot／Village etc. | 1 Science Museum Road, |
| 區 District. | Tsim Sha Tsui |
| 地區 Region | 香港／HONG KONG |

⑰ 電郵地址 Email Address: (Nil)

⑲ 商業登記號碼 **Business Registration Number**: 38270510

⑳ 信託或公司服務提供者牌照 **Trust or Company Service Provider Licence**

*請填報牌照編號或在適用的空格內加上 ✓ 號 Please provide the licence no. or tick the relevant box*

牌照編號 Licence No.: TC006491

☐ 無須領有牌照 Not required to obtain a licence

*原因 Reason:* N/A

表格 Form **NAR1**

商業登記號碼
Business Registration Number

69869487

## 13 董事 Directors

### A. 董事 (自然人) Director (Natural Person)

*(如超過一名董事屬自然人，請用續頁 C 填報 Use Continuation Sheet C if more than 1 director is a natural person)*
*請在適用的空格內加上 ✓ 號 Please tick the relevant box(es)*

| | | |
|---|---|---|
| 23 身分 Capacity | ☑ 董事 Director / ☐ 候補董事 Alternate Director | 代替 Alternate to: (Nil) |
| 24 中文姓名 Name in Chinese | | 陳澤鋒 |
| 英文姓名 Name in English | 姓氏 Surname | CHEN |
| | 名字 Other Names | Zefeng |
| 前用姓名 Previous Names | 中文 Chinese | (Nil) |
| | 英文 English | (Nil) |
| 別名 Alias | 中文 Chinese | (Nil) |
| | 英文 English | (Nil) |
| 25 通訊地址 Correspondence Address | 室／樓／座等 Flat／Floor／Block etc. | Room 1607, |
| | 大廈 Building | Trend Centre, |
| | 街道／屋苑／地段／村等 Street／Estate／Lot／Village etc. | 29-31 Cheung Lee Street, |
| | 區／市／省／州／郵遞區號等 District／City／Province／State／Postal Code etc. | Chai Wan, |
| | 國家／地區 Country／Region | Hong Kong |
| 26 電郵地址 Email Address | | (Nil) |
| 27 身分識別 Identification | | China I.D. Card : 330227198007038217 |
| (a) 香港身分證部分號碼 Partial Number of Hong Kong Identity Card | | (Nil) ✻ ✻ ✻ ( ✻ ) |
| (b) 護照 Passport | 簽發國家／地區 Issuing Country／Region | (Nil) |
| | 部分號碼 Partial Number | (Nil) |

0104

表格 Form **NAR1**

商業登記號碼 **Business Registration Number**

69869487

**13 董事 Directors** (續上頁 cont'd)

**B. 董事 (法人團體) Director (Body Corporate)**

*(如超過兩名董事屬法人團體，請用續頁D填報 Use Continuation Sheet D if more than 2 directors are body corporate)*

*請在適用的空格內加上 ✓ 號 Please tick the relevant box(es)*

23 **1 身分 Capacity** ☐ 董事 Director ☐ 候補董事 Alternate Director 代替 Alternate to

| | |
|---|---|
| 中文名稱 **Name in Chinese** | (Blank Section) |
| 英文名稱 **Name in English** | |
| 28 地址 **Address** 室／樓／座等 Flat／Floor／Block etc. | |
| 大廈 Building | |
| 街道／屋苑／地段／村等 Street／Estate／Lot／Village etc. | |
| 區／市／省／州／郵遞區號等 District／City／Province／State／Postal Code etc.. | |
| 國家／地區 Country／Region | |
| 26 電郵地址 **Email Address** | |
| 29 商業登記號碼 **Business Registration Number** *(只適用於在香港註冊的法人團體 Only applicable to body corporate registered in Hong Kong)* | |

*請在適用的空格內加上 ✓ 號 Please tick the relevant box(es)*

23 **2 身分 Capacity** ☐ 董事 Director ☐ 候補董事 Alternate Director 代替 Alternate to

| | |
|---|---|
| 中文名稱 **Name in Chinese** | (Blank Section) |
| 英文名稱 **Name in English** | |
| 28 地址 **Address** 室／樓／座等 Flat／Floor／Block etc. | |
| 大廈 Building | |
| 街道／屋苑／地段／村等 Street／Estate／Lot／Village etc. | |
| 區／市／省／州／郵遞區號等 District／City／Province／State／Postal Code etc.. | |
| 國家／地區 Country／Region | |
| 26 電郵地址 **Email Address** | |
| 29 商業登記號碼 **Business Registration Number** *(只適用於在香港註冊的法人團體 Only applicable to body corporate registered in Hong Kong)* | |

0105

表格 Form **NAR1**

商業登記號碼
**Business Registration Number**

69869487

## 13 董事 Directors (續上頁 cont'd)

### C. 備任董事 Reserve Director

**(只適用於只有一名成員而該成員同時亦是唯一董事的私人公司**
**Only applicable to a private company with only one member who is also the sole director of the company)**

㉔ 中文姓名 **Name in Chinese**: (Blank Section)

英文姓名 **Name in English**
- 姓氏 Surname:
- 名字 Other Names:

前用姓名 **Previous Names**
- 中文 Chinese:
- 英文 English:

別名 **Alias**
- 中文 Chinese:
- 英文 English:

㉕ 通訊地址 **Correspondence Address**
- 室／樓／座等 Flat／Floor／Block etc.:
- 大廈 Building:
- 街道／屋苑／地段／村等 Street／Estate／Lot／Village etc.:
- 區／市／省／州／郵遞區號等 District／City／Province／State／Postal Code etc..:
- 國家／地區 Country／Region:

㉖ 電郵地址 **Email Address**:

㉗ 身分識別 **Identification**

(a) 香港身分證部分號碼 **Partial Number** of Hong Kong Identity Card: ✻✻✻ (✻)

(b) 護照 Passport
- 簽發國家／地區 Issuing Country／Region:
- 部分號碼 **Partial Number**:

表格 Form **NAR1**

商業登記號碼 Business Registration Number: 69869487

30

## 14 有股本公司的成員詳情 Particulars of Member(s) of a Company Having a Share Capital

*(有股本的公司必須填報此項 Company having a share capital must complete this section)*
*請在適用的空格內加上 ✓ 號 Please tick the relevant box*

- [✓] 非上市公司的成員詳情列於附表一
  Particulars of members of a non-listed company are listed in Schedule 1
- [ ] 上市公司的成員詳情列於附表二
  Particulars of members of a listed company are listed in Schedule 2
- [ ] 公司的成員詳情列於隨本表格附上的唯讀光碟或唯讀型數碼多功能光碟
  Particulars of members of the company are listed in the CD-ROM or DVD-ROM attached to this form
  *(載於唯讀光碟或唯讀型數碼多功能光碟內的成員的詳情，會以 PDF 格式供公眾以電子方式查閱。*
  *Particulars of members recorded in the CD-ROM or DVD-ROM will be available for public search electronically in PDF format.)*

31

## 15 公司紀錄 Company Records

*(如空位不足，請用續頁 E 填報 Use Continuation Sheet E if the space provided is insufficient)*

公司備存下列紀錄的地址(如並非備存於第 6 項所述的註冊辦事處內)
Address where the following company records are kept (if not kept at the registered office stated in Section 6)

| 公司紀錄 Company Records | 地址 Address |
|---|---|
| Register of Members, Significant Controllers Register, Register of Directors, Register of Company Secretaries | Unit 1510, 15/F., Seapower Tower, Concordia Plaza, 1 Science Museum Road, Tsimshatsui, Kowloon, Hong Kong |

## 16 陳述書 Statement

*(如屬私人公司，請在空格內加上 ✓ 號以作出此項陳述 For a private company, please tick the box to make the Statement)*

[✓] 現述明公司自最近一份周年申報表的結算日期起(如屬首份周年申報表，則自公司成立為法團的日期起)，並沒有發出邀請，以邀請公眾人士認購公司的任何股份或債權證；同時如成員人數於本申報表的結算日期當日超過五十名，則超出五十名之數的成員，全屬根據《公司條例》第 11(2)條於計算公司成員人數時不包括在內的人。
The company has not, since the date of the last annual return (or since the date of incorporation in the case of the first annual return), issued any invitation to the public to subscribe for any shares or debentures of the company and that if the number of members of the company exceeds 50 as at the date of this return, the excess consists wholly of persons who, under section 11(2) of the Companies Ordinance, are excluded in the calculation of the number of members of the company.

32

**提示 Advisory Note**
所有公司董事均應閱讀公司註冊處編製的《董事責任指引》，並熟悉該指引所概述的董事一般責任。
**All directors of the company are advised to read 'A Guide on Directors' Duties' published by the Companies Registry and acquaint themselves with the general duties of directors outlined in the Guide.**

**本申報表包括下列續頁 / 附表 This Return includes the following Continuation Sheet(s) / Schedule(s)**

| | 續頁 Continuation Sheet(s) | | | | | 附表一 Schedule 1 | 附表二 Schedule 2 |
|---|---|---|---|---|---|---|---|
| | A | B | C | D | E | | |
| 頁數 Number of pages | 0 | 0 | 0 | 0 | 1 | 1 | 0 |

6

簽署 Signed : [signature]

姓名 Name: CHEN Zefeng
董事 Director / ~~公司秘書 Company Secretary~~ *

日期 Date : 13/09/2025
日 DD / 月 MM / 年 YYYY

*請刪去不適用者 Delete whichever does not apply

0107

表格 Form **NAR1**

附表一 Schedule 1

**(非上市公司適用 FOR NON-LISTED COMPANY)**

本申報表的結算日期
**Date to which this Return is Made Up**

| 日 DD | 月 MM | 年 YYYY |
|---|---|---|
| 13 | 09 | 2025 |

商業登記號碼
**Business Registration Number**: 69869487

30 33 **非上市公司的成員詳情(第14項) Particulars of Member(s) of a Non-listed Company (Section 14)**

*(有股本的非上市公司可填報此頁。如超過兩名成員，或超過一類股份，可另加附表一。另外，公司可選擇以唯讀光碟或唯讀型數碼多功能光碟提供成員詳情。*
*Non-listed company having a share capital can complete this page. If there are more than 2 members, or if there is more than one class of shares, please use additional Schedule 1. Alternatively, the company can choose to provide particulars of members in the form of CD-ROM or DVD-ROM.)*

截至本申報表的結算日期的成員詳情 Particulars of Member(s) as at the Date to which this Return is Made Up

股份類別 **Class of Shares**: Ordinary

此類別股份的已發行總數 **Total Number of Issued Shares in this Class**: 10,000

**1**

| | |
|---|---|
| 中文姓名／名稱 Name in Chinese | 陳澤鋒 |
| 英文姓名 Name in English — 姓氏 Surname | CHEN |
| 名字 Other Names | Zefeng |
| 或 OR 英文名稱 Name in English | (Nil) |
| 持有股份數目 No. of Shares Held | 10,000 |
| 股份是聯名持有 Shares are Jointly Held (如適用，請加 ✓ 號 Please tick if applicable.) | ☐ |
| 地址 Address — 室／樓／座等 Flat／Floor／Block etc. | No. 586, Group 20, |
| 大廈 Building | |
| 街道／屋苑／地段／村等 Street／Estate／Lot／Village etc. | Zhangcun Village, Zhangshui Town, |
| 區／市／省／州／郵遞區號等 District／City／Province／State／Postal Code etc.. | Yinzhou District, Ningbo City, Zhejiang Province, |
| 國家／地區 Country／Region | China |
| 33 備註* Remarks* | (Nil) |

**例如聯名持有股份、股份轉讓等的詳情。For example, details of jointly held shares, share transfer, etc.*

**2**

| | |
|---|---|
| 中文姓名／名稱 Name in Chinese | (Blank Section) |
| 英文姓名 Name in English — 姓氏 Surname | |
| 名字 Other Names | |
| 或 OR 英文名稱 Name in English | |
| 持有股份數目 No. of Shares Held | |
| 股份是聯名持有 Shares are Jointly Held (如適用，請加 ✓ 號 Please tick if applicable.) | ☐ |
| 地址 Address — 室／樓／座等 Flat／Floor／Block etc. | |
| 大廈 Building | |
| 街道／屋苑／地段／村等 Street／Estate／Lot／Village etc. | |
| 區／市／省／州／郵遞區號等 District／City／Province／State／Postal Code etc. | |
| 國家／地區 Country／Region | |
| 33 備註* Remarks* | |

**例如聯名持有股份、股份轉讓等的詳情。For example, details of jointly held shares, share transfer, etc.*

表格 Form **NAR1**

續頁 E Continuation Sheet E

本申報表的結算日期
**Date to which this Return is Made Up**

| 日 DD | 月 MM | 年 YYYY |
|---|---|---|
| 13 | 09 | 2025 |

商業登記號碼
**Business Registration Number**

69869487

31

## 公司紀錄 (第 15 項)
## Company Records (Section 15)

公司備存下列紀錄的地址(如並非備存於第 6 項所述的註冊辦事處內)
Address where the following company records are kept (if not kept at the registered office stated in Section 6)

| 公司紀錄 Company Records | 地址 Address |
|---|---|
| Copies of Resolutions of Directors or Members, Minutes of Proceedings of Directors' Meetings or General Meetings and Written Records of Decisions of Sole Director or Member | Unit 1510, 15/F., Seapower Tower, Concordia Plaza, 1 Science Museum Road, Tsimshatsui, Kowloon, Hong Kong |

0109

Companies Registry
The Government of the Hong Kong Special Administrative Region

# Company Particulars

## Company Particulars Search

**System Clock:** 04-JUN-2026 09:44:00 GMT +0800

**Your Search:** BRN = 69869487

| | |
|---|---|
| **BRN** | 69869487 |
| **Company Name** | FIG GLOBAL LIMITED<br>無花果國際有限公司 |
| **Company Type** | Private company limited by shares |
| **Date of Incorporation** | 13-Sep-2018 |
| **Company Active Status** | Live |
| **Remarks** | - |
| **Winding Up Mode** | - |
| **Date of Dissolution / Ceasing to Exist** | - |
| **Register of Charges** | Unavailable |
| **Important Note** | - |

## Name History

| Effective Date | Name Used |
|---|---|
| 16-Jan-2019 | FIG GLOBAL LIMITED<br>無花果國際有限公司 |
| 13-Sep-2018 | FIG GROBAL LIMITED<br>無花果國際有限公司 |

## Registered Office

**Registered Office:** RM 1607 TREND CTR 29-31 CHEUNG LEE ST CHAI WAN HONG KONG

**Effective Date:** 13-Sep-2018

## Share Capital

**Issued:** HKD 10,000

**Paid-Up:** HKD 10,000

## Person(s) Holding Shares

Note :

1. The information of the company provided herein is taken from
(a) its "Incorporation Form" (Form NNC1) or if the company is a re-domiciled company, its "Return of Particulars of Members of Re-domiciled Company as at Re-domiciliation Date" (Form NSC21);
(b) its "Annual Return" (Form NAR1) and its "Return of Allotment" (Form NSC1)
filed with the Companies Registry, as the case may be. Other information relating to shareholding such as share transfer, reduction of share capital, repurchase of shares, share consolidation, listing, delisting, etc. is not included.

### Shareholder(s)

**Displaying: Record 1 to 1 of 1 records.**

| No. | English Name | Chinese Name | Address | Class of Share | No. of Shares Held | Position as at (Note 1) |
|---|---|---|---|---|---|---|
| 1 | CHEN, ZEFENG | 陳澤鋒 | NO.586, GROUP 20, ZHANGCUN VILLAGE, ZHANGSHUI TOWN, YINZHOU DISTRICT, NINGBO CITY, ZHEJIANG PROVINCE, CHINA | Ordinary | 10,000 | 13-Sep-2025 |

## List of Directors

### Director

| No. | Name in English | Name in Chinese | HKID No. / BRN | Passport No. | Passport Issuing Country / Region | Director Type | Director Particulars | | All Directorships |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | Online View | Certified Copy | |
| 1 | CHEN, ZEFENG | 陳澤鋒 | - | - | - | Natural Person | | | |

## Particulars of Company Secretary

### Particulars of Company Secretary (Body Corporate)

| | |
|---|---|
| **No.** | 1 |
| **English Name** | WORLD TRADE ENTERPRISES CONSULTANCY LIMITED |
| **Chinese Name** | 世貿企業諮詢有限公司 |
| **BRN** | 38270510 |
| **Registered / Principal Office** | UNIT 1510, 15/F., SEAPOWER TOWER, CONCORDIA PLAZA, 1 SCIENCE MUSEUM ROAD, TSIMSHATSUI, KLN HONG KONG |
| **Date of Appointment** | 13-Sep-2018 |
| **Important Note** | - |

## Particulars of Receiver and Manager

---

## Particulars of Liquidator

---

**Please select the Order Type:**

Order certified report

HK$152.00 plus additional handling charges for different delivery mode(*)

Note 1: (*) Additional handling charges for different delivery mode will be shown when check out shopping cart.

**Please select if you want to perform other searches or order other products for this company:**

Image Record (including Document Index)

GO

# Exhibit B


1607
BLITE
YOUR KIT SOLUTION
外出工作，信件簽收
可交 2105 室 或 管理處
或電 98539619 李生 收
BLITE
如客人或快遞找 不到
請致電/WHATSAPP TEL:56270809


外出工作，信件簽收
可交 2105 室 或 管理處
或電 98539619 李生 收
3LiTE
YOUR KIT SOLUTION
如客人或快遞找不到
請致電/WHATSAPP TEL:56270809

# Exhibit C

Dear Sirs,

**IN THE MATTER OF BLUEWORKS CORPORATION, MICHAEL T BOWERS v. FIG GLOBAL LIMITED**
**Case No. 24-30494**

1. We enclose, by way of service:

   a. A Summons in an Adversary Proceeding dated 3 June 2026 ("**Summons**"); and

   b. The Complaint dated 2 June 2026.

2. Under the Summons, you are required to file a motion or answer to the attached Complaint with the Clerk of the Bankruptcy Court within thirty (30) days after the date of issuance of the Summons.

Yours faithfully,

GP

**Georgiou Partnership LLP**

Encl.