UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | |
|---|---|
| In re: | ) |
| | ) Case No.:   24-30494 |
| BLUEWORKS CORPORATION, | ) |
| | ) Chapter 11 |
| Debtor. | ) |

**BANKRUPTCY ADMINISTRATOR'S NOTICE REGARDING
§ 341 MEETING AND ATTENDANCE OPTIONS**

The United States Bankruptcy Administrator for the Western District of North Carolina ("Bankruptcy Administrator") files this Notice and says as follows:

1. Blueworks Corporation (the "Debtor") filed a voluntary chapter 11 petition [ECF No. 1] on June 11, 2024.

2. On June 11, 2024, the Debtor was granted an extension of time to file its Schedules and Statements through and including July 19, 2024, with the consent of the Bankruptcy Administrator [ECF No. 10].

3. The Notice of Chapter 11 Bankruptcy Case [ECF No. 12] scheduled the § 341 Meeting of Creditors (the "341 Meeting") on July 10, 2024, at 1 p.m. Eastern Standard Time.

4. As the 341 Meeting is scheduled before Schedules and Statements are due to be filed, the case will be called and Michael Bowers will be sworn on behalf of the Debtor on July 10, 2024 at 1:00pm Eastern Standard Time, and the 341 Meeting will be continued to August 3, 2024, at 1:00 p.m. Eastern Standard Time.

5. Parties interested in attending the 341 Meeting may connect via Zoom:

https://www.zoomgov.com/j/1613497923 or using the Meeting ID: 161 349 7923; the same Zoom link and meeting ID will be used for both settings of the 341 Meeting.

Dated: July 3, 2024

        /s/ Shelley K. Abel
        Shelley K. Abel
        U.S. Bankruptcy Administrator
        N.C. Bar # 34370
        401 W. Trade Street, Suite 2400
        Charlotte, NC 28202-1633
        Tel: (704) 350-7587  Fax: (704) 350-7577
        shelley_abel@ncwba.uscourts.gov

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing Notice of Appearance was served upon the party(s) to this action listed below by depositing a copy of the same, enclosed in a first-class postpaid, properly addressed wrapper, in a Post Office or official depository under the exclusive care and custody of the United States Postal Service and/or by means of the Electronic Filing System of the Bankruptcy Court on or before June 28, 2024.

Blueworks Corporation
8408 Channel Way
Waxhaw, NC 28173

Matthew L. Tomsic
- *Served Electronically*

Richard S. Wright
- *Served Electronically*

B. Chad Ewing
- *Served Electronically*

Stuart Freeman Wilson-Patton
- *Served Electronically*

Erik Paul Belt
- *Served Electronically*

David M. Banker
- *Served Electronically*

Dated:  July 3, 2024

/s/ Shelley K. Abel
Shelley K. Abel
U.S. Bankruptcy Administrator
N.C. Bar # 34370
401 W. Trade Street, Suite 2400
Charlotte, NC 28202-1633
Tel: (704) 350-7587  Fax: (704) 350-7577
shelley_abel@ncwba.uscourts.gov