UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | |
|---|---|
| In re: ) | |
| ) | Case No.: 24-30494 |
| BLUEWORKS CORPORATION, ) | |
| ) | Chapter 11 |
| Debtor. ) | |

**BANKRUPTCY ADMINISTRATOR'S STATEMENT REGARDING
<u>UNSECURED CREDITORS' COMMITTEE NOTICE</u>**

The United States Bankruptcy Administrator for the Western District of North Carolina (the "Bankruptcy Administrator") states as follows:

1. The Bankruptcy Administrator filed and served her Notice to Creditors Holding the Twenty Largest Unsecured Claims (the "Notice") on June 11, 2024 [ECF No. 9].

2. The ten days for creditors to respond to the Notice expired at close of business on Friday, June 21, 2024.

3. The Bankruptcy Administrator received five acceptances from unsecured creditors as attached to this statement.

4. The Debtor, its prepetition judgment creditor, and the Bankruptcy Administrator are presently in discussions regarding the appointment of a limited powers chapter 11 trustee. The undersigned anticipates this appointment will obviate the need for an unsecured creditors committee.

[remainder of page intentionally left blank]

5.  In light of this development, the facts of this case, and the professional relationships between the Debtor and several creditors expressing interest in serving on an unsecured creditors' committee, the Bankruptcy Administrator does not recommend the formation of an unsecured creditors' committee in this chapter 11 case.

Dated:  July 10, 2024

/s/ Shelley K. Abel
Shelley K. Abel
U.S. Bankruptcy Administrator
N.C. Bar # 34370
401 W. Trade Street, Suite 2400
Charlotte, NC 28202-1633
Tel: (704) 350-7587  Fax: (704) 350-7577
shelley_abel@ncwba.uscourts.gov