UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

In re:  )
 ) Case No.: 24-30494
BLUEWORKS CORPORATION,  )
 ) Chapter 11
 )
EIN: 32-0503957 )
 )
Debtor. )

### NOTICE OF INTENT TO ACCEPT/DECLINE APPOINTMENT TO CREDITORS' COMMITTEE

The undersigned, a representative of the company or individual listed below,

__X__ Agrees to accept appointment to the Committee of Unsecured Creditors in the above-referenced case, if so appointed by the Court.

____ Declines to accept appointment to the Committee of Unsecured Creditors in the above-referenced case.

Name of Creditor: **Digital Evidence Group, LLC**

Name of Representative: **Mounira Bendebiche**

Address of Representative: **1730 M Street NW #812, Washington DC 20036**

Amount of Claim: $ **31,359.71**

Type of Claim: **Open court reporting invoices**

(Please note if you contend that your claim is secured by a lien on property of the debtor or if you maintain a priority status.)

Relationship to Debtor: **Court reporting firm**

(Please state whether the creditor is related to the debtor as an insider or other pertinent relationship.)

Representative's Telephone No.: **202-494-0625**     Email: **mbendebiche@gmail.com**

Dated: **6/21/2024**

*Mounira Bendebiche*
Signature

**Return to: Office of the Bankruptcy Administrator, 401 W. Trade Street, Suite 2400, Charlotte, NC 28202-1633, Fax (704) 350-7577, Email: sarah_e_scholz@ncwba.uscourts.gov.**

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

In re: )
) Case No.: 24-30494
BLUEWORKS CORPORATION, )
) Chapter 11
)
EIN: 32-0503957 )
)
)
_____Debtor. )

### NOTICE OF INTENT TO ACCEPT/DECLINE APPOINTMENT TO CREDITORS' COMMITTEE

The undersigned, a representative of the company or individual listed below,

__X__ Agrees to accept appointment to the Committee of Unsecured Creditors in the above-referenced case, if so appointed by the Court.

____ Declines to accept appointment to the Committee of Unsecured Creditors in the above-referenced case.

Name of Creditor: __Dongfang Yu__
Name of Representative: __Dongfang Yu__
Address of Representative: __2210 Legacy Oak Dr.__
__Waxhaw, NC 28173__

Amount of Claim: $ __2501.50__
Type of Claim: __Salary__
(Please note if you contend that your claim is secured by a lien on property of the debtor or if you maintain a priority status.)
Relationship to Debtor: __employee__
(Please state whether the creditor is related to the debtor as an insider or other pertinent relationship.)
Representative's Telephone No.: __704-840-6391__ Email: __tina21128@yahoo.com__
Dated: __6/10/24__

__Dongfang Yu__
Signature

Return to: Office of the Bankruptcy Administrator, 401 W. Trade Street, Suite 2400, Charlotte, NC 28202-1633, Fax (704) 350-7577, Email: sarah_e_scholz@ncwba.uscourts.gov.

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

In re:                                        )
                                              ) Case No.:    24-30494
BLUEWORKS CORPORATION,                        )
                                              ) Chapter 11
                                              )
EIN:        32-0503957                        )
                                              )
                Debtor.                       )

## NOTICE OF INTENT TO ACCEPT/DECLINE APPOINTMENT TO CREDITORS' COMMITTEE

The undersigned, a representative of the company or individual listed below,

__X__   Agrees to accept appointment to the Committee of Unsecured Creditors in the above-referenced case, if so appointed by the Court.

____   Declines to accept appointment to the Committee of Unsecured Creditors in the above-referenced case.

Name of Creditor: __Hayward Industries, Inc.__

Name of Representative: __Steven Halpern__

Address of Representative: __1415 Vantage Park Drive, Suite 400__

__Charlotte, North Carolina 28203__

Amount of Claim: __$16,020,986.30__

Type of Claim: __Unsecured Judgment__

(Please note if you contend that your claim is secured by a lien on property of the debtor or if you maintain a priority status.)

Relationship to Debtor: __Judgment creditor__

(Please state whether the creditor is related to the debtor as an insider or other pertinent relationship.)

Representative's Telephone No.: _____   Email: __shalpern@hayward.com__

Dated: __June 21, 2024__

                                    __s/ Steven E. Halpern__
                                    Signature

**Return to: Office of the Bankruptcy Administrator, 401 W. Trade Street, Suite 2400, Charlotte, NC 28202-1633, Fax (704) 350-7577, Email: sarah_e_scholz@ncwba.uscourts.gov.**

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

In re:                                          )
                                                )  Case No.:    24-30494
BLUEWORKS CORPORATION,                          )
                                                )  Chapter 11
                                                )
EIN:       32-0503957                           )                   JUN 28 2024 PM 3:40
                                                )
_____                 )
             Debtor.                            )

## NOTICE OF INTENT TO ACCEPT/DECLINE APPOINTMENT TO CREDITORS' COMMITTEE

The undersigned, a representative of the company or individual listed below,

☑   Agrees to accept appointment to the Committee of Unsecured Creditors in the above-referenced case, if so appointed by the Court.

☐   Declines to accept appointment to the Committee of Unsecured Creditors in the above-referenced case.

Name of Creditor: Kathleen Grace, PhD

Name of Representative: Kathleen Grace

Address of Representative: 470 Lytle Cove Rd.
Swannanoa, NC 28778

Amount of Claim: $ 8,848.72

Type of Claim: professional services - Expert Witness

(Please note if you contend that your claim is secured by a lien on property of the debtor or if you maintain a priority status.)

Relationship to Debtor: Expert Witness (financial + economics)

(Please state whether the creditor is related to the debtor as an insider or other pertinent relationship.)

Representative's Telephone No.: 208-310-1675   Email: katiegrace@gmail.com

Dated: 6/19/2024

_____
Signature

Return to: Office of the Bankruptcy Administrator, 401 W. Trade Street, Suite 2400, Charlotte, NC 28202-1633, Fax (704) 350-7577, Email: sarah_e_scholz@ncwba.uscourts.gov.

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

In re:  )
                                          ) Case No.:    24-30494
BLUEWORKS CORPORATION,  )
                                          ) Chapter 11
                                          )
EIN:    32-0503957              )
                                          )
_____Debtor._____)

**NOTICE OF INTENT TO ACCEPT/DECLINE APPOINTMENT TO
CREDITORS' COMMITTEE**

The undersigned, a representative of the company or individual listed below,

__X__  Agrees to accept appointment to the Committee of Unsecured Creditors in the above-referenced case, if so appointed by the Court.

____  Declines to accept appointment to the Committee of Unsecured Creditors in the above-referenced case.

Name of Creditor: _Platinum Intellectual Property PC_
Name of Representative: _Michelle C. Dunn_
Address of Representative: _3031 Tisch Way, Ste 110 PW_
_San Jose, CA, 95128_

Amount of Claim: $ _136,556.05_
Type of Claim: _Legal fees_

(Please note if you contend that your claim is secured by a lien on property of the debtor or if you maintain a priority status.)

Relationship to Debtor: _Counsel to Debtor_

(Please state whether the creditor is related to the debtor as an insider or other pertinent relationship.)

Representative's Telephone No.: _408-800-5884_  Email: _michelle.dunn@platinum-ip.com_
Dated: _06/21/24_

_Michelle Dunn_
Signature

**Return to:** Office of the Bankruptcy Administrator, 401 W. Trade Street, Suite 2400, Charlotte, NC 28202-1633, Fax (704) 350-7577, Email: sarah_e_scholz@ncwba.uscourts.gov.