## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
## CHARLOTTE DIVISION

| | |
|---|---|
| In re:<br><br>BLUEWORKS CORPORATION,<br><br>Debtor[1] | Chapter 11<br><br>Case No. 24-30494 (LTB) |

### NOTICE OF FILING

Hayward Industries, Inc. hereby gives notice of the filing of **Declaration of Elizabeth Norwood**.

This the 23rd day of September, 2024.

**WOMBLE BOND DICKINSON (US) LLP**

/s/ B. Chad Ewing
B. Chad Ewing (N.C. Bar No. 27811)
Russ Ferguson (N.C. Bar No. 39671)
301 South College Street, Suite 3500
Charlotte, North Carolina  28202-6037
Telephone: (704) 331-4900
Facsimile: (704) 331-4955
Email: Chad.Ewing@wbd-us.com
          Russ.Ferguson@wbd-us.com

-and-

Edward L. Schnitzer
David M. Banker
Wojciech F. Jung
950 Third Avenue, Suite 2400
New York, NY 10022
Telephone: (332) 258-8400
Facsimile: (332) 258-8949
Email: Edward.Schnitzer@wbd-us.com
          David.Banker@wbd-us.com
          Wojciech.Jung@wbd-us.com

---

[1] Debtor is the following entity (the last four digits of its taxpayer identification number follow in parentheses): Blueworks Corporation (3957).  The Debtor's address is 8408 Channel Way, Waxhaw, North Carolina 28173.

-and-

**MCCARTER & ENGLISH, LLP**
Erik Paul Belt
James Donoian
Anne E. Shannon
Alexander L. Ried
265 Franklin Street
Boston, MA 02110
Telephone: (617) 449-6500
Facsimile: (617) 607 9200
Email: ebelt@mccarter.com
jdonoian@mccarter.com
ashannon@mccarter.com
aried@mccarter.com

*Counsel for Haywood Industries, Inc.*