

**UNITED STATES BANKRUPTCY COURT**
**Western District of North Carolina**
**Charlotte Division**

Case No. 24–30494
Chapter 11

In Re: Debtor(s) (name(s) used in the last 8 years, including married, maiden, trade, and address):
Blueworks Corporation
8408 Channel Way
Waxhaw, NC 28173
Social Security No.:
Debtor EIN:
32–0503957

# ORDER AND NOTICE FOR HEARING ON DISCLOSURE STATEMENT

To the debtor, creditors, and other parties in interest:

A disclosure statement and plan under Chapter 11 of the Bankruptcy Code was filed on 10/04/2024.

## IT IS ORDERED AND NOTICE IS GIVEN THAT:

1. The hearing to consider approval of the disclosure statement will be held on November 6, 2024 at 09:30 AM , Charles R. Jonas Federal Building, 401 West Trade Street, Courtroom 2A, Charlotte, NC 28202.
2. The last date to file and serve written objections to the disclosure statement pursuant to Rule 3017(a) is fixed as October 30, 2024.
3. By October 7, 2024, the plan proponent shall transmit a copy of the disclosure statement and plan to the debtor, trustee, each committee appointed pursuant to Section 1102 of the Code, the Securities and Exchange Commission, and any party in interest who has requested or requests in writing a copy of the disclosure statement and plan.
4. Within(7) days of entry date of this order, the plan proponent shall serve this order on all parties in interest.
5. Requests for copies of the disclosure statement and plan should be directed to:

    Matthew L Tomsic
    Rayburn Cooper Durham P.A.
    227 West Trade St.
    Suite 1200
    Charlotte, NC 28202

Dated: October 4, 2024                                      BY THE COURT

                                                            Laura T. Beyer
                                                            United States Bankruptcy Judge

Electronically filed and signed (10/4/24)