FILED & JUDGMENT ENTERED
Christine F. Winchester

April 7 2025

Clerk, U.S. Bankruptcy Court
Western District of North Carolina

*Laura T. Beyer*
Laura T. Beyer
United States Bankruptcy Judge

# UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
### Charlotte Division

| | |
|---|---|
| IN RE:<br><br>BLUEWORKS CORPORATION,<br><br>Debtor.[1] | Chapter 11<br><br>Case No. 24-30494 |

## ORDER SHORTENING NOTICE

THIS CAUSE coming on to be heard before the to be heard before the undersigned United States Bankruptcy Judge upon the Debtor's *Ex Parte* Motion for Order Shortening Notice (the "Motion to Shorten Notice") in respect of a hearing on the Debtor's Emergency Interim Motion to Enforce the Automatic Stay (the "Motion"), and the Court, having reviewed the pleadings and the Court's file and for good cause shown, it is hereby ORDERED:

1. That the Motion to Shorten Notice is GRANTED.

2. That the hearing on the Motion shall occur on <u>April 9, 2025, at 9:30 a.m.</u> EDT or as soon as thereafter as the Court is able to hear the matter, in the United States Bankruptcy Court for the Western District of North Carolina, Courtroom 2A, 401 West Trade Street, Charlotte, North

---

[1] Debtor is the following entity (the last four digits of its taxpayer identification number follow in parentheses): Blueworks Corporation (3957). The Debtor's address is 8408 Channel Way, Waxhaw, North Carolina, 28173.

{00401497 v 1 }1

Carolina, 28202.

    3.    That the deadline to respond to the Motion shall be <u>April 7, 2025</u>.

| | |
|---|---|
| This Order has been signed electronically. The judge's signature and court's seal appear at the top of the Order. | United States Bankruptcy Court |