AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

Western District of North Carolina

| Hayward Indsutries, Inc. | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Case No. 3:20-cv-710-MOC-DSC |
| Blueworks Corporation, et al. | ) |
| *Defendant* | ) |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Defendant Blueworks Corporation                              .

Date:  06/14/2024

/s/ Matthew L. Tomsic
*Attorney's signature*

Matthew L. Tomsic, NC State Bar No. 52431
*Printed name and bar number*
Rayburn Cooper & Durham, P.A.
227 W. Trade Street, Suite 1200
Charlotte, NC 28202

*Address*

mtomsic@rcdlaw.net
*E-mail address*

(704) 334-0891
*Telephone number*

(704) 377-1897
*FAX number*