# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION

| In re:<br><br>BLUEWORKS CORPORATION,<br><br>Debtor. | Chapter 11<br><br>Case No. 24-30494 (LTB) |
|---|---|

NOW COMES Patrick Grayson Spaugh of the law firm Womble Bond Dickinson (US) LLP, who hereby gives his notice of appearance as counsel for Plaintiff Hayward Industries, Inc. in this matter.

This the 8th day of April, 2025.

*/s/ Patrick G. Spaugh*
Patrick G. Spaugh (N.C. Bar No. 49532)
**Womble Bond Dickinson (US) LLP**
301 South College Street, Suite 3500
Charlotte, NC 28202
Phone: (704) 331-4962
Email: Patrick.Spaugh@wbd-us.com