

**UNITED STATES BANKRUPTCY COURT**
**Western District of North Carolina**
**Charlotte Division**

Case No. 24–30494
Chapter 11

---

In Re: Debtor(s) (name(s) used in the last 8 years, including married, maiden, trade, and address):
Blueworks Corporation
8408 Channel Way
Waxhaw, NC 28173
Social Security No.:
Debtor EIN:
32–0503957

---

# NOTICE OF HEARING ON MOTION/APPLICATION OF U.S. BANKRUPTCY ADMINISTRATOR

TO ALL PARTIES IN INTEREST:

NOTICE is hereby given that on April 8, 2025 the Bankruptcy Administrator filed a(n) Motion to Convert Case from Chapter 11 to Chapter 7 in this Court.

TAKE FURTHER NOTICE that a hearing will be held on this matter on the date, time and at the location set forth below. Any response, including objection, to the relief requested in the motion or application referred to herein, should be filed with the Clerk, United States Bankruptcy Court for the Western District of North Carolina. A copy should be served on the United States Bankruptcy Administrator for the Western District of North Carolina and upon other parties as required by law or Court order. Any response shall clearly identify the specific motion or application to which the response is directed and shall comply with Local Bankruptcy Rule 9013(1).

**DATE/TIME/LOCATION OF HEARING:**
May 7, 2025
09:30 AM
Charles R. Jonas Federal Building
401 West Trade Street
Courtroom 2A
Charlotte, NC 28202

**ADDRESS OF BANKRUPTCY ADMINISTRATOR:**
Office of U.S. Bankruptcy Administrator
401 West Trade Street, Suite 2400
Charlotte, NC 28202
(704)350–7587

Dated: April 9, 2025

Christine F. Winchester
Clerk of Court

Electronically filed and signed (4/9/25)