**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF NORTH CAROLINA**
**CHARLOTTE DIVISION**

| | |
|---|---|
| In re: | Chapter 11 |
| BLUEWORKS CORPORATION, | Case No. 24-30494 (LTB) |
| Debtor[1] | |

**HAYWARD INDUSTRIES, INC.'S JOINDER IN BANKRUPTCY ADMINISTRATOR'S**
**MOTION FOR ENTRY OF AN ORDER:  (I) CONVERTING CASE TO A CHAPTER 7**
**LIQUIDATION OR (II) DISMISSING CASE**

Hayward Industries, Inc. hereby joins in the relief sought by the Motion for Entry of an

Order:  (I) Converting Case to a Chapter 7 Liquidation or (ii) Dismissing Case (Doc. No. 294).  The

Motion should be granted because (i) the Contempt Order bars the Debtor from importing or selling

product and/or (ii) the Debtor is unable to propose a confirmable plan independent of the Contempt

Order's effect.

Dated:  April 23, 2025
Charlotte, North Carolina

**WOMBLE BOND DICKINSON (US) LLP**

/s/ B. Chad Ewing
B. Chad Ewing (N.C. State Bar No. 27811)
Patrick Grayson Spaugh (N.C. State Bar No. 49532)
301 S. College Street, Sute 3500
Charlotte, NC 28202
Telephone: (704) 331-4900
Facsimile:  (704) 331-4955
Email: Chad.Ewing@wbd-us.com
        Patrick.Spaugh@wbd-us.com

-and-

**MCCARTER & ENGLISH, LLP**
Erik Paul Belt
James Donoian
Anne E. Shannon

---

[1]  Debtor is the following entity (the last four digits of its taxpayer identification number follow in parentheses):
Blueworks Corporation (3957). The Debtor's address is 8408 Channel Way, Waxhaw, North Carolina, 28173.

Alexander L. Ried
Siobhán M. Tolan
265 Franklin Street
Boston, MA 02110
Telephone: (617) 449-6500
Facsimile  : (617) 607 9200
Email: ebelt@mccarter.com
      jdonoian@mccarter.com
      ashannon@mccarter.com
      aried@mccarter.com
      stolan@mccarter.com

*Counsel for Hayward Industries, Inc*